CASE NAME: In re: R.A.R.E. Corporation  
CASE NUMBER: 24-02127  
CONFIRMATION HEARING DATE: September 3, 2025

## SECTION 1126 BALLOT REPORT

| DESCRIPTION OF CLASS AND CLAIM | # BALLOTS CAST | # ACCEPTING | # REJECTING | $ ACCEPTING | $ REJECTING | CLASS ACCEPTS | CLASS REJECTS |
|---|---|---|---|---|---|---|---|
| CLASS DESCRIPTION: Class 1: Bill Me Later, Inc. Secured Claim ☐ UNIMPAIRED ☒ IMPAIRED | 0 | 0 | 0 | $0 | $0 | | |
| CLASS DESCRIPTION Class 2: Hertz Cure Claim ☐ UNIMPAIRED ☒ IMPAIRED | 1 | 1 | 0 | $95,551.03 | $0 | X | |
| CLASS DESCRIPTION Class 3: General Unsecured Creditors ☐ UNIMPAIRED ☒ IMPAIRED | 1 | 1 | 0 | $255,000.00 | $0 | X | |
| CLASS DESCRIPTION Class 4: Equity Interests ☒ UNIMPAIRED ☐ IMPAIRED | N/A | N/A | N/A | N/A | N/A | X | |

PLAN ACCEPTED — YES ☐ — NO ☒

Please note the following provisions of section 1126 of the Bankruptcy Code:

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

R.A.R.E. Corporation  
NAME OF PLAN PROPONENT

Lars A. Peterson  
BY: ATTORNEY OF PLAN PROPONENT

Page 1 of 1